**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 26 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY PAUL HECHLER (1),<br><br>　　　　　Defendant. | CASE NO. 11CR3465-JAH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case #11CR3702-JAH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

18:2252(a)(2)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: AUGUST 23, 2011

　　　　　　　　　　　　　　　　　BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE